UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIVIAN GONZALES
VILLENURVE, ET AL.

VERSUS

NEW RIVER SHOPPING
CENTER, LLC

CIVIL ACTION

17-303-SDD-EWD

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated September 13, 2017 to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiffs' *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 6 day of November 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 11.
[3] Rec. Doc. 3.